STUART F. DELERY
Acting Assistant Attorney General
ANTHONY J. COPPOLINO
Deputy Branch Director
BRYAN R. DIEDERICH (MA Bar. No. 647632)
United States Department of Justice
Civil Division
20 Massachusetts Ave, NW
Washington, D.C. 20004
Tel: (202) 305-0198; Fax: (202) 616-8470
Bryan.Diederich@usdoj.gov
*Counsel for the Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL COALITION FOR MEN and JAMES LESMEISTER, Individually and on behalf of others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>SELECTIVE SERVICE SYSTEM; LAWRENCE G. ROMO, as Director of SELECTIVE SERVICE SYSTEM; and DOES 1 through 10, Inclusive,<br><br>DEFENDANTS. | Case No.: CV13-02391-DSF(MANx)<br><br>REQUEST FOR JUDICIAL NOTICE RE: DEFENDANTS' MOTION TO DISMISS & EXS. A-C<br><br>Hearing Date: July 29, 2013<br>Hearing Time: 1:30 p.m.<br>Hearing Location: Courtroom 840, Roybal Federal Building, 255 East Temple Street, Los Angeles California 90012<br><br>Hon. Dale S. Fischer |

Pursuant to Federal Rule of Evidence 201, Defendants respectfully request that the Court take judicial notice of the attached documents.

Exhibit A is a printout of an entry in the IRS's Select Check Exempt Organizations database (available at http://apps.irs.gov/app/eos/) for an entity known as "COALITION OF FREE MEN INC" doing business as "NATIONAL

**Defs.' Req. for Judicial Notice,** *National Coalition for Men, et al. v. Selective Service System, et al.*, **CV13-02391-DSF(MANx)**

1 COALITION FOR MEN NCFM."

2 Exhibit B is a printout of an entry in the California Secretary of State's Business Entities database (available at http://kepler.sos.ca.gov/) for an entity listed as "THE COALITION OF FREE MEN, INC."

Exhibit C is a printout of an entry in the New York Department of State Division of Corporation's database (available at http://www.dos.ny.gov/corps/bus_entity_search.html) for an entity listed as "THE COALITION OF FREE MEN, INC."

Judicial notice of these documents is appropriate because they reflect information that can be accurately and readily obtained from government databases whose accuracy cannot reasonably be questioned. *See National Union Fire Ins. Co. v. Tokio Marine & Nichido Fire Ins. Co., Ltd.*, No 10CV1733JLS(CAB), 2010 WL 4072466 (S.D. Cal. Oct. 18, 2010) (taking judicial notice of New York and California corporations databases).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**Defs.' Req. for Judicial Notice,** *National Coalition for Men, et al. v. Selective Service System, et al.*, **CV13-02391-DSF(MANx).**

-2-

Dated:  June 19, 2013

Respectfully Submitted,

STUART F. DELERY
Acting Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Branch Director


*Bryan R. Diederich*
BRYAN R. DIEDERICH (MA Bar. No. 647632)
United States Department of Justice
Civil Division
20 Massachusetts Ave, NW
Washington, D.C. 20004
Tel: (202) 305-0198
Fax: (202) 616-8470
Bryan.Diederich@usdoj.gov
*Counsel for the Defendants*

**Defs. Request for Judicial Notice,** *National Coalition for Men, et al. v. Selective Service System, et al.*, **CV13-02391-DSF(MANx)**

-3-