BENJAMIN C. MIZER, Principal Deputy Assistant Attorney General
EILEEN M. DECKER, United States Attorney
ANTHONY J. COPPOLINO, Deputy Branch Director
    tony.coppolino@usdoj.gov
LYNN Y. LEE, Trial Attorney (SBN #235531)
    lynn.lee@usdoj.gov
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-0531
Fax: (202) 616-8470
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL COALITION FOR MEN *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>SELECTIVE SERVICE SYSTEM *et al.*,<br><br>    Defendants. | Case No: 13-cv-2391 DSF (MANx)<br><br>NOTICE OF MOTION AND MOTION TO DISMISS<br><br>Date:     October 24, 2016<br>Time:     1:30 pm<br>Location: Federal Roybal Bldg<br>              255 East Temple St.<br>              Los Angeles, CA 90012<br>Courtroom: 840<br>Judge:    Hon. Dale S. Fischer |

    PLEASE TAKE NOTICE that on October 24, 2016, at 1:30 pm, defendants the Selective Service System and Lawrence Romo, in his official capacity as Director of the Selective Service System (collectively, "the Government"), will move to dismiss this action. This motion is brought pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rule of Civil Procedure, and is based on the attached Memorandum of Points and Authorities, the Government's separately-filed

Request for Judicial Notice, and any other matter the Court may consider at oral argument or otherwise. The motion is made following conference with opposing counsel, pursuant to Local Rule 7-3, on July 27 and August 1, 2016.[1]

Dated: August 5, 2016          Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

EILEEN M. DECKER
United States Attorney

ANTHONY J. COPPOLINO
Deputy Branch Director

/s/ Lynn Y. Lee
LYNN Y. Lee (CA Bar #235531)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave N.W.
Washington, D.C. 20530
Telephone: (202) 305-0531
Fax: (202) 616-8470
E-mail: lynn.lee@usdoj.gov

*Attorneys for Defendants*

---

[1] On July 5, 2016, counsel for plaintiffs informed the undersigned that he would be away on vacation through the end of July. Accordingly, by the parties' agreement, counsel for defendants e-mailed plaintiffs' counsel a summary of the grounds for defendants' motion to dismiss on July 27 and followed up with a telephone conference with plaintiffs' counsel on August 1, 2016.